# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| AFRICA N. WHITFIELD, | Case No. 3:18-cv-00108 |
| Plaintiff, | |
| vs. | District Judge Thomas M. Rose |
| | Magistrate Judge Sharon L. Ovington |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | **DECISION AND ENTRY** |
| Defendant. | |

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #13), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on September 11, 2019 (Doc. #13) is ADOPTED in full;

2. The Commissioner's non-disability decision on December 22, 2016 is vacated;

3. Plaintiff Africa N. Whitfield is under a disability and eligible to receive Supplemental Security Income based on the application she protectively filed on February 28, 2014, and this matter is therefore REMANDED to the Social Security Administration under sentence four of 42 U.S.C. § 405(g) for payment of benefits; and

4. The case is terminated on the Court's docket.

September 27, 2019                                *s/Thomas M. Rose

                                                    Thomas M. Rose
                                                    United States District Judge