# UNITED STATES DISTRICT COURT

### for the

### Southern District of Ohio

| | | |
|---|---|---|
| Africa N. Whitfield | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:18-CV-108 |
| Commissioner of Social Security | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

❏  other:  Judgment in favor of Plaintiff and against Defendant; Case is remanded under sentence four of 42 U.S.C. §
405(g) for payment of benefits; case terminated on Court's docket
.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Thomas M. Rose _____  on a motion for
Report and Recommendations

Date:   9/27/2019 _____

CLERK OF COURT

*Kaylin Atkinson*
*Signature of Clerk or Deputy*